U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JUN 20 PM 2: 13

CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

TODD MCELROY,                    )
                                 )
    Plaintiff,                   )
                                 )
v.                               )      CASE NO. CV416-046
                                 )
SAVANNAH TECHNICAL COLLEGE,      )
                                 )
    Defendant.                   )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation. (Doc. 3.) Plaintiff has filed a disability discrimination case against Savannah Technical College. However, Plaintiff has not received a "right to sue" letter and, as discussed in the report and recommendation, the equities of this case do not weigh in favor of excusing the exhaustion requirement. Plaintiff has, however, indicated that when he receives a right to sue letter he will file it with the Court. (Doc. 5.) If that occurs, Plaintiff is free to refile this case so long as the statute of limitations remains unexpired. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of June 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA